Clayton County Public Schools, Jonesboro 30236

| | | | | | Advice Amount | $1,668.59 |
|---|---|---|---|---|---|---|
| Emp No | Employee Name | Dept. | Advice Date | | Type | Advice No. |
| | ZENOBIA V. BROWN | | 01/15/2021 | | SEMI | |

| Earnings | Rate | Days/Hrs. | Current | YTD | Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | | | 2193.63 | 2193.63 | MEDICARE | 30.02 | 30.02 | | |
| | | | | | HEALTH INS | 87.84 | 87.84 | | |
| | | | | | DENTAL | 11.37 | 11.37 | | |
| | | | | | VISION | 11.14 | 11.14 | | |
| | | | | | METLIFE PRE | 9.84 | 9.84 | | |
| | | | | | AD&D | 2.99 | 2.99 | | |
| | | | | | FEDERAL TAX | 126.83 | 126.83 | | |
| | | | | | STATE TAX | 76.30 | 76.30 | | |
| | | | | | TRS | 131.62 | 131.62 | | |
| | | | | | STD 7 DAY | 13.72 | 13.72 | | |
| | | | | | CRIT ILL EE | 9.54 | 9.54 | | |
| | | | | | LEGAL SEL | 5.45 | 5.45 | | |
| | | | | | CHILD LIFE | 1.09 | 1.09 | | |
| | | | | | PAGE DUES | 7.29 | 7.29 | | |

DEPOSITS:
DIRECT DEP    1668.59
    SOUTHWEST AIRLINES FEDERAL CREDIT UN

| Leave | Beginning | Earned | Used | Balance |
|---|---|---|---|---|
| | | | | |

| Withholding Allowances | | | |
|---|---|---|---|
| | Filing Status | Exemptions | Extra Amount |
| Federal | H | 0 | 0.00 |
| State | E | 2 | 0.00 |

| Advice Totals | | |
|---|---|---|
| Type | Current | YTD |
| Taxable Pay | 1,938.83 | 1,938.83 |
| Gross Pay | 2,193.63 | 2,193.63 |
| Deductions | 525.04 | 525.04 |
| Net Pay | 1,668.59 | 0.00 |



Clayton County Public Schools
Payroll Advice
1058 Fifth Avenue
Jonesboro, GA 30236
(770) 473-2700

Advice Date
01/15/2021

Advice Number

ZENOBIA V. BROWN
P.O. BOX 41
MORROW, GA  30260

**DIRECT DEPOSIT
NON-NEGOTIABLE**

Clayton County Public Schools, Jonesboro 30236

| | | | | | Advice Amount | $1,668.59 |
|---|---|---|---|---|---|---|
| Emp No | Employee Name | Dept | Advice Date | | Type | Advice No. |
| | ZENOBIA V. BROWN | | 01/29/2021 | | SEMI | |

| Earnings | Rate | Days/Hrs. | Current | YTD | Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | | | 2193.63 | 4387.26 | MEDICARE | 30.02 | 60.04 | | |
| | | | | | HEALTH INS | 87.84 | 175.68 | | |
| | | | | | DENTAL | 11.37 | 22.74 | | |
| | | | | | VISION | 11.14 | 22.28 | | |
| | | | | | METLIFE PRE | 9.84 | 19.68 | | |
| | | | | | AD&D | 2.99 | 5.98 | | |
| | | | | | FEDERAL TAX | 126.83 | 253.66 | | |
| | | | | | STATE TAX | 76.30 | 152.60 | | |
| | | | | | TRS | 131.62 | 263.24 | | |
| | | | | | STD 7 DAY | 13.72 | 27.44 | | |
| | | | | | CRIT ILL EE | 9.54 | 19.08 | | |
| | | | | | LEGAL SEL | 5.45 | 10.90 | | |
| | | | | | CHILD LIFE | 1.09 | 2.18 | | |
| | | | | | PAGE DUES | 7.29 | 14.58 | | |

DEPOSITS:
DIRECT DEP    1668.59
  SOUTHWEST AIRLINES FEDERAL CREDIT UN

| Leave | Beginning | Earned | Used | Balance |
|---|---|---|---|---|
| | | | | |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | H | 0 | 0.00 |
| State | E | 2 | 0.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 1,938.83 | 3,877.66 |
| Gross Pay | 2,193.63 | 4,387.26 |
| Deductions | 525.04 | 1,050.08 |
| Net Pay | 1,668.59 | 0.00 |



Clayton County Public Schools
Payroll Advice
1058 Fifth Avenue
Jonesboro, GA 30236
(770) 473-2700

Advice Date    ~~Advice Number~~
01/29/2021

ZENOBIA V. BROWN
P.O. BOX 41
MORROW, GA  30260

# DIRECT DEPOSIT
# NON-NEGOTIABLE

| Clayton County Public Schools, Jonesboro 30236 | | | | | Advice Amount | $1,668.59 |

| Emp No | Employee Name | Dept. | Advice Date | | Type | Advice No. |
|---|---|---|---|---|---|---|
|  | ZENOBIA V. BROWN |  | 02/12/2021 |  | SEMI |  |

| Earnings | Rate | Days/Hrs. | Current | YTD | Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|---|---|---|---|---|
| REG SALARY | | | 2193.63 | 6580.89 | MEDICARE | 30.02 | 90.06 | | |
| | | | | | HEALTH INS | 87.84 | 263.52 | | |
| | | | | | DENTAL | 11.37 | 34.11 | | |
| | | | | | VISION | 11.14 | 33.42 | | |
| | | | | | METLIFE PRE | 9.84 | 29.52 | | |
| | | | | | AD&D | 2.99 | 8.97 | | |
| | | | | | FEDERAL TAX | 126.83 | 380.49 | | |
| | | | | | STATE TAX | 76.30 | 228.90 | | |
| | | | | | TRS | 131.62 | 394.86 | | |
| | | | | | STD 7 DAY | 13.72 | 41.16 | | |
| | | | | | CRIT ILL EE | 9.54 | 28.62 | | |
| | | | | | LEGAL SEL | 5.45 | 16.35 | | |
| | | | | | CHILD LIFE | 1.09 | 3.27 | | |
| | | | | | PAGE DUES | 7.29 | 21.87 | | |

DEPOSITS:
DIRECT DEP     1668.59
    BANK OF AMERICA, N.A.

| Leave | Beginning | Earned | Used | Balance |
|---|---|---|---|---|
| | | | | |

**Withholding Allowances**

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | H | 0 | 0.00 |
| State | E | 2 | 0.00 |

**Advice Totals**

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 1,938.83 | 5,816.49 |
| Gross Pay | 2,193.63 | 6,580.89 |
| Deductions | 525.04 | 1,575.12 |
| Net Pay | 1,668.59 | 0.00 |



Clayton County Public Schools
Payroll Advice
1058 Fifth Avenue
Jonesboro, GA 30236
(770) 473-2700

Advice Date     Advice Number
02/12/2021      

ZENOBIA V. BROWN
P.O. BOX 41
MORROW, GA  30260

# DIRECT DEPOSIT
# NON-NEGOTIABLE

Clayton County Public Schools, Jonesboro 30236

| Emp No | Employee Name | Dept. | Advice Date | Type | Advice No. | Advice Amount |
|---|---|---|---|---|---|---|
|  | ZENOBIA V. BROWN |  | 02/26/2021 | SEMI |  | $1,668.59 |

| Earnings | Rate | Days/Hrs. | Current | YTD |
|---|---|---|---|---|
| REG SALARY |  |  | 2193.63 | 8774.52 |

| Deductions | Current | YTD | Emplr | Empr YTD |
|---|---|---|---|---|
| MEDICARE | 30.02 | 120.08 |  |  |
| HEALTH INS | 87.84 | 351.36 |  |  |
| DENTAL | 11.37 | 45.48 |  |  |
| VISION | 11.14 | 44.56 |  |  |
| METLIFE PRE | 9.84 | 39.36 |  |  |
| AD&D | 2.99 | 11.96 |  |  |
| FEDERAL TAX | 126.83 | 507.32 |  |  |
| STATE TAX | 76.30 | 305.20 |  |  |
| TRS | 131.62 | 526.48 |  |  |
| STD 7 DAY | 13.72 | 54.88 |  |  |
| CRIT ILL EE | 9.54 | 38.16 |  |  |
| LEGAL SEL | 5.45 | 21.80 |  |  |
| CHILD LIFE | 1.09 | 4.36 |  |  |
| PAGE DUES | 7.29 | 29.16 |  |  |

DEPOSITS:
DIRECT DEP    1668.59
   BANK OF AMERICA, N.A.

| Leave | Beginning | Earned | Used | Balance |
|---|---|---|---|---|
|  |  |  |  |  |

### Withholding Allowances

| | Filing Status | Exemptions | Extra Amount |
|---|---|---|---|
| Federal | H | 0 | 0.00 |
| State | E | 2 | 0.00 |

### Advice Totals

| Type | Current | YTD |
|---|---|---|
| Taxable Pay | 1,938.83 | 7,755.32 |
| Gross Pay | 2,193.63 | 8,774.52 |
| Deductions | 525.04 | 2,100.16 |
| Net Pay | 1,668.59 | 0.00 |



Clayton County Public Schools
Payroll Advice
1058 Fifth Avenue
Jonesboro, GA 30236
(770) 473-2700

Advice Date: 02/26/2021

Advice Number: 

ZENOBIA V. BROWN
P.O. BOX 41
MORROW, GA  30260

# DIRECT DEPOSIT
# NON-NEGOTIABLE